*AMENDED*

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>JUSTICE, WILLIAM W | 2. Court or Organization<br>U.S. DISTRICT COURT | 3. Date of Report<br>5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. INDEPENDENT EXECUTOR - NOTE ESTATE WAS DISTRIBUTED TO BENFICIARIES IN 2003 | ESTATE ███████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 9 2 46 PM '04 FINANCIAL DISCLOSURE OFFICE

AMENDED

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>JUSTICE, WILLIAM W | Date of Report<br><br>5/6/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

AS AMENDED

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

AS AMENDED

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. VERIZON - COMMON STOCK | | None | | | GIFTED | 01-01 | J | | PART VIII |
| 2. AT&T - COMMON STOCK | | None | | | GIFTED | 01-01 | J | | PART VIII |
| 3. ▮▮▮ VAN ZANDT COUNTY | A | Rent | L | W | | | | | |
| 4. .016406 WORKING INTEREST - OIL AND GAS LEASE - ABERNATHY, TX | | None | J | W | | | | | |
| 5. ▮▮▮ CASTLEBERRY SURVEY, RUSK COUNTY, TX | A | Royalty | L | V | | | | | |
| 6. .05 WORKING INTEREST, KNIGHTS OF TABOR LEASE 149D, GREGG CTY | E | Royalty | K | W | | | | | |
| 7. LOTS ▮▮ BLOCK ▮ OT ADDITION, ATHENS, TX | | None | | | SELL | | | | PART VIII |
| 8. LOTS ▮▮ BLOCK ▮ OT ADDITION, ATHENS, TX | | None | | | SELL | | | | PART VIII |
| 9. .000172 ROYALTY INTEREST-HEND (1/5 OF ▮▮▮ | C | Royalty | L | W | | | | | |
| 10. OPELIKA GAS POOL 22 CROSS TIMBERS HENDERSON CO TX | C | Royalty | J | W | | | | | |
| 11. A. ANGLIN SURVEY, HENDERSON COUNTY, TX | A | Royalty | K | Q | | | | | |
| 12. E. F. EDWARDS GAS UNIT - VAN ZANDTZ CO TX | A | Royalty | J | W | | | | | |
| 13. GUARANTY BANK, ACCT 1 | B | Interest | M | T | | | | | |
| 14. GUARANTY BANK, ACCT 2 | B | Interest | M | T | | | | | |
| 15. GUARANTY BANK, ACCT 3 | B | Interest | M | T | | | | | |
| 16. GUARANTY BANK, ACCT 4 | A | Interest | J | T | | | | | |
| 17. GUARANTY BANK, ACCT 5 | A | Interest | J | T | BUY | 12-02 | J | | |
| 18. LOCKHEED MARTIN - COMMON STOCK | A | Dividend | J | T | SOLD | 07-14 | B | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

AMENDED

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | J | T | | | | | |
| 20. WYLIE ISD BOND | C | Interest | K | | | | | | |
| 21. PLANO TX ISD BOND | A | Interest | K | T | | | | | |
| 22. DALLAS TX ISD BOND | B | Interest | K | T | | | | | |
| 23. FROST BROKERAGE SERVICES - MONEY MARKET | B | Interest | J | T | | | | | |
| 24. U.S. TREASURY NOTES | D | Interest | | | SELL | 06-03 | O | A | |
| 25. COMMERCE BK GENEVA 1.35% | | None | L | T | BUY | 06-15 | L | | |
| 26. FIRST BK HENRY CNTY, 1.25% | A | Interest | L | T | BUY | 06-30 | L | | |
| 27. FRONTIER ST BK OK, 1.25% | A | Interest | L | T | BUY | 06-18 | L | | |
| 28. UNITED SEC BK CALF, 1.25 % | | None | L | T | BUY | 06-25 | L | | |
| 29. UNITY NAT'L BK, GA, 1.25% | | None | L | T | BUY | 06-25 | L | | |
| 30. VILLAGE BK & TR ILL, 1.4% | | None | L | T | BUY | 06-25 | L | | |
| 31. WELLS FARGO BANK, ACCT 1 | A | Interest | J | T | | | | | |
| 32. WELLS FARGO BANK, ACCT 2 | A | Interest | J | T | | | | | |
| 33. WELLS FARGO BANK, ACCT 3 | D | Interest | N | T | | | | | |
| 34. FIRST STATE BANK - ATHENS, TX, ACCT 1 | A | Interest | K | T | | | | | |
| 35. FIRST STATE BANK - ATHENS, TX, ACCT 2 | A | Interest | J | T | | | | | |
| 36. FIRST STATE BANK, ATHENS, TX, ACCT 3 | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

**AS AMENDED**

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. FIRST STATE BANK - ATHENS, TX, ACCT 4 | | None | J | T | | | | | |
| 38. BANK OF AMERICA, ACCT 1 | B | Interest | M | T | | | | | |
| 39. BANK OF AMERICA, ACCT 2 | B | Interest | M | T | | | | | |
| 40. BANK OF AMERICA, ACCT 3 | B | Interest | M | T | | | | | |
| 41. BANK OF AMERICA, ACCT 4, X | | None | J | T | | | | | PART VIII |
| 42. FIRST NATIONAL BANK ATHENS-SEE PART 1 POSITIONS, EST CLR. H. | | | | | DISTRIB | | | | SEE PART I, POSITIONS |
| 43. FROST BROKERAGE SERVICES MONEY FUNDS | A | Dividend | J | T | | | | | |
| 44. FROST NATIONAL BANK ACCT 1 | A | Interest | L | T | | | | | |
| 45. FROST NATIONAL BANK ACCT 2 | A | Interest | L | T | | | | | PART VIII |
| 46. ▆▆▆ TRUST, ▆▆▆ TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

AS AMENDED

# VIII. ADDITIONAL INFORM TION OR EXPL NATIONS     (Indicate part of Report.)

PART VII, LINES 1 AND 2:  GIFTED TO ███████

PART VII, LINES 7 AND 8:  THESE PROPERTIES WERE SOLD IN 2001 AND WERE INCLUSIVE OF THE GAIN AND VALUES REPORTED ON THE 2001 FINANCIAL DISCLOSURE REPORT ON LINE 17, AND FURTHER EXPLAINED IN ITEM 3 OF A LETTER DATED AUGUST 2, 2002 OF AMENDMENTS AND RESPONSES TO THE COMMITTEES REQUEST FOR ADDITIONAL INFORMATION DATED JULY 11, 2002.  THE PROPERTIES WERE ALSO ERRONIOUSLY CARRIED FORWARD TO THE 2002 REPORT ON LINES 8 AND 9.  THE ERROR OCCURRED DUE TO A MISUNDERSTANDING OF THE DESCRIPTION ON THE DOCUMENTS RELATED TO THE SALE.  WE APOLIGIZE FOR THIS ERROR.

PART VII, LINE 41:  THIS ACCOUNT BECAUSE OF SMALL VALUE WAS EXEMPT FROM REPORTING IN PRIOR PERDIODS.

PART VII, LINE 45:  THIS ACCOUNT WAS PURCHASED ON JULY 24, 2002 WITH AN VALUE OF L.  IT WAS INCLUDED ON LINE 44 ON THE 2002 REPORT HOWEVER IF DID NOT HAVE ANY INCOME UNTIL 2003.  IT WAS REPORTED AS A PURCHASE IN 2003 DUE TO A MISUNDERSTANDING IN COMMUNICATION WHILE COMPILING THIS REPORT.  WE APOLOGIZE FOR THIS ERROR.

AS AMENDED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JUSTICE, WILLIAM W | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████████████        Date _Aug. 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AS AMENDED

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) JUSTICE, WILLIAM W | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 903 SAN JACINTO BLVD. CHAMBERS 316 AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. INDEPENDENT EXECUTOR - NOTE ESTATE WAS DISTRIBUTED TO BENFICIARIES IN 2003 | ESTATE ███████████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 13 11 18 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JUSTICE, WILLIAM W | 5/6/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. VERIZON - COMMON STOCK | | Dividend | | | GIFTED | 01-01 | J | | PART VIII |
| 2. AT&T - COMMON STOCK | | Dividend | | | GIFTED | 01-01 | J | | PART VIII |
| 3. ██ ACRES VAN ZANDT COUNTY | A | Rent | L | W | | | | | |
| 4. ███ WORKING INTEREST - OIL AND GAS LEASE - ABERNATHY, TX | | Royalty | J | W | | | | | |
| 5. ██ ACRES, CASTLEBERRY SURVEY, RUSK COUNTY, TX | A | Royalty | L | V | | | | | |
| 6. ██ WORKING INTEREST ████ ████ GREGG CTY | E | Royalty | K | W | | | | | |
| 7. LOTS ████████ ATHENS, TX | | None | | | SELL | | | | PART VIII |
| 8. LOTS ████████ ATHENS, TX | | None | | | SELL | | | | PART VIII |
| 9. .000172 ROYALTY INTEREST-HEND ███ ████ ACRES) | C | Royalty | L | W | | | | | |
| 10. OPELIKA GAS POOL ████ HENDERSON CO TX | C | Royalty | J | W | | | | | |
| 11. A. ANGLIN SURVEY, HENDERSON COUNTY, TX | A | Royalty | K | Q | | | | | |
| 12. E. F. EDWARDS GAS UNIT - VAN ZANDTZ CO TX | A | Royalty | J | W | | | | | |
| 13. GUARANTY BANK, ACCT 1 | B | Interest | M | T | | | | | |
| 14. GUARANTY BANK, ACCT 2 | B | Interest | M | T | | | | | |
| 15. GUARANTY BANK, ACCT 3 | B | Interest | M | T | | | | | |
| 16. GUARANTY BANK, ACCT 4 | A | Interest | J | T | | | | | |
| 17. GUARANTY BANK, ACCT 5 | A | Interest | J | T | BUY | 12-02 | J | | |
| 18. LOCKHEED MARTIN - COMMON STOCK | A | Dividend | J | T | SOLD | 07-14 | B | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | J | T | | | | | |
| 20. WYLIE ISD BOND | C | Interest | K | | | | | | |
| 21. PLANO TX ISD BOND | A | Interest | K | T | | | | | |
| 22. DALLAS TX ISD BOND | B | Interest | K | T | | | | | |
| 23. FROST BROKERAGE SERVICES - MONEY MARKET | B | Interest | J | T | | | | | |
| 24. U.S. TREASURY NOTES | D | Interest | | | SELL | 06-03 | O | A | |
| 25. COMMERCE BK GENEVA 1.35% | | Interest | L | T | BUY | 06-15 | L | | |
| 26. FIRST BK HENRY CNTY, 1.25% | A | Interest | L | T | BUY | 06-30 | L | | |
| 27. FRONTIER ST BK OK, 1.25% | A | Interest | L | T | BUY | 06-18 | L | | |
| 28. UNITED SEC BK CALF, 1.25 % | | Interest | L | T | BUY | 06-25 | L | | |
| 29. UNITY NAT'L BK, GA, 1.25% | | Interest | L | T | BUY | 06-25 | L | | |
| 30. VILLAGE BK & TR ILL, 1.4% | | Interest | L | T | BUY | 06-25 | L | | |
| 31. WELLS FARGO BANK, ACCT 1 | A | Interest | J | T | | | | | |
| 32. WELLS FARGO BANK, ACCT 2 | A | Interest | J | T | | | | | |
| 33. WELLS FARGO BANK, ACCT 3 | D | Interest | N | T | | | | | |
| 34. FIRST STATE BANK - ATHENS, TX, ACCT 1 | A | Interest | K | T | | | | | |
| 35. FIRST STATE BANK - ATHENS, TX, ACCT 2 | A | Interest | J | T | | | | | |
| 36. FIRST STATE BANK, ATHENS, TX, ACCT 3 | | | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FIRST STATE BANK - ATHENS, TX, ACCT 4 | | | J | T | | | | | |
| 38. BANK OF AMERICA, ACCT 1 | B | Interest | M | T | | | | | |
| 39. BANK OF AMERICA, ACCT 2 | B | Interest | M | T | | | | | |
| 40. BANK OF AMERICA, ACCT 3 | B | Interest | M | T | | | | | |
| 41. BANK OF AMERICA, ACCT 4 | | | J | T | BUY | | | | |
| 42. FIRST NATIONAL BANK ATHENS-SEE PART 1 POSITIONS, EST CLR. H. | | | | | DISTRIB | | | | SEE PART I, POSITIONS |
| 43. FROST BROKERAGE SERVICES MONEY FUNDS | A | Dividend | J | T | | | | | |
| 44. FROST NATIONAL BANK ACCT 1 | A | Interest | L | T | | | | | |
| 45. FROST NATIONAL BANK ACCT 2 | A | Interest | L | T | BUY | 07-01 | | | |
| 46. ████TRUST████TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JUSTICE, WILLIAM W | 5/6/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII, LINES 1 AND 2:  GIFTED TO

PART VII, LINES 7 AND 8:  THESE PROPERTIES WERE SOLD IN 2001 AND WERE INCLUSIVE OF THE GAIN AND VALUES REPORTED ON THE 2001 FINANCIAL DISCLOSURE REPORT ON LINE 17, AND FURTHER EXPLAINED IN ITEM 3 OF A LETTER DATED AUGUST 2, 2002 OF AMENDMENTS AND RESPONSES TO THE COMMITTEES REQUEST FOR ADDITIONAL INFORMATION DATED JULY 11, 2002.  THE PROPERTIES WERE ALSO ERRONIOUSLY CARRIED FORWARD TO THE 2002 REPORT ON LINES 8 AND 9.  THE ERROR OCCURRED DUE TO A MISUNDERSTANDING OF THE DESCRIPTION ON THE DOCUMENTS RELATED TO THE SALE.  WE APOLIGIZE FOR THIS ERROR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date_May 10, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544